Kimberly L. Bradley
James R. Rosenberg •
Paul D. Starr •
Corey Smith Bott
Brian G. Esders •
Shauna Barnaskas •
Ashley E. Macaysa +
Patrick A. Ciociola

• Also admitted in DC
+ Also admitted in DC and PA

## LAW OFFICES
### ABATO, RUBENSTEIN AND ABATO, P.A.

809 Gleneagles Court
Suite 320
Baltimore, Maryland 21286
(410) 321-0990
(410) 321-1419 fax
*www.abatolaw.com*

Cosimo C. Abato
(1930 - 1995)
Bernard W. Rubenstein
(1920 - 2009)
Anthony A. Abato, Jr.
(1933 - 2015)
_____
*Of Counsel*
H. Victoria Hedian
Stephen W. Godoff •

September 22, 2022

The Honorable Gregory B. Williams
U.S. District Court for the District
  of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 26
Room 6124
Wilmington, DE  19801-3555

   Re: **Teamsters Local Union No. 355 v. Ensinger Penn Fibre, Inc.**
      **Civil Action No. 21-1563-GBW**

Dear Judge Williams:

  As counsel to the parties in the above-referenced matter, we respectfully write jointly in response to the Court's September 20, 2022, Order (ECF 20), through which it instructed the parties to supplement their motions for summary judgment with additional statements of facts, including, <u>inter alia</u>, a "statement of material facts for which [the parties] contend[] there is a genuine issue to be tried," presumably on each other's cross motion for summary judgment.

  This matter is an action by Plaintiff Teamsters Local Union No. 355 ("Local 355") to partially vacate an arbitrator's award. At the outset of this matter, the parties agreed to submit this matter for review of the arbitrator's award by the Court on cross motions for summary judgment based on the full record before the arbitrator. Neither party asserts there exists a genuine dispute as to any material fact; they agree, rather, that the matter is properly resolved on the summary judgment briefs using the proper standard of review of an arbitrator's award. Therefore, we ask whether the Court indeed wishes the parties to submit additional filings setting forth statements of material facts—statements which the parties have previously submitted to the Court via their respective summary judgment motions. <u>See</u> ECF 15 at pp. 2-7 (Local 355 statement of facts); ECF 17 at pp. 3-11 (Defendant Ensinger Penn Fibre, Inc. statement of facts).

  Thank you for your consideration.

                 Very truly yours,

/s/                               /s/

Donald D. Gamburg                   Paul D. Starr